## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**YOUSEF ALI FUTAINI SAGHEER ABARY,**                    **PETITIONER**
**A# 221-388-087**

**v.**                                                    **Cause No. 5:26-cv-243-DCB-RPM**

**WARDEN ADAMS COUNTY**                                   **RESPONDENTS**
**CORRECTIONAL CENTER**
**AND**
**U.S. IMMIGRATION AND CUSTOMS**
**ENFORCEMENT, FIELD OFFICE**
**DIRECTOR**

## <u>ORDER</u>

This matter is before the Court on pro se Yousef Ali Futaini Sagheer Abary's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [1].[1] Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

The proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004); *see Trump v. J.G.G.,* 604 U.S. 670, 672 (2025) (applying the district-of-confinement rule in an immigration detention habeas matter). "[T]he proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfield,* 542 U.S. at 435. Warden of Adams County Correctional Center; and perhaps Field Office Director for ICE, are the proper Respondents. The Court directs Respondents to file

---

[1] Petitioner paid the filing fee on March 30, 2026.

an answer or other responsive pleading. Respondents' answer or other responsive pleading is due within twenty (20) days of the service of a copy of this Order. If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS THEREFORE ORDERED** that Warden Adams County Correctional Center; and Field Office Director for ICE, are the proper Respondents.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondents shall file with their answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] and Memorandum in Support [2] filed on March 30, 2026, along with a copy of this Order upon the Civil Process Clerk, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39210.

**SO ORDERED**, this 2nd day of April, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2